

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00950-CV

**IN THE INTEREST OF L.J.G., G.J.G., Z.I.G., A.A.G., AND L.G.-R.F.,**
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant has filed a motion for a twenty-day extension of time to file a brief. We grant the motion and **order** appellant's brief filed by **February 20, 2019**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship [that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court